**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FAYEZ MOHAMMED AHMED
AL KANDARI,

       Petitioner,

   v.

UNITED STATES OF AMERICA, *et al.*,

       Respondents.

Civil Action No. 15-329 (CKK)

**CLASSIFIED MEMORANDUM OPINION**
(August 31, 2015)